IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL KELLER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-00069-CV-W-ODS-SSA |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES

Pending before the Court is the Plaintiff's Application for Attorneys' Fees Pursuant to the Equal Access to Justice Act (the "Motion"). Doc. #10. Defendant filed a response to the Motion (Doc. #11), stating it had no objection to Plaintiff's Motion, which sought recovery of attorneys' fees in the amount of $4,050.00. After reviewing the record, and for good cause shown, Plaintiff's Application for Attorneys' Fees Pursuant to the Equal Access to Justice Act (Doc. #10) is GRANTED. It is further ORDERED that Plaintiff is awarded attorneys' fees of $4,050.00 to be paid by the Social Security Administration. *See* 28 U.S.C. § 2412.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: December 28, 2015    UNITED STATES DISTRICT COURT